# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Victor A. Rita,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv260

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/6/09 Order.

Signed: February 9, 2009

Frank G. Johns, Clerk
United States District Court